**STATE OF OREGON,**
*Respondent,*

*v.*

**VINCENT LEE WYATT,**
*Appellant.*

(C89-03-31137; CA A64436)

820 P2d 906

Howard Clyman, West Linn, argued the cause and filed the brief for appellant.

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Affirmed. *State v. Smith,* 103 Or App 113, 796 P2d 665 (1990), *rev allowed* 311 Or 87 (1991).